IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTINE SCOTT                                                                                          PLAINTIFF

vs.                                            4:09CV00893-WRW

SALINE MEMORIAL HOSPITAL AUXILIARY                                           DEFENDANT

## ORDER

The complaint herein was filed in this Court on November 24, 2009. Service on the defendants has not been perfected; therefore, it is,

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 30th day of April, 2010.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

orddism.rl4.wpd