**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHRISTINE SCOTT**                                                          **PLAINTIFF**

**v.**                                          **4:09CV00893-BRW**

**SALINE COUNTY MEDICAL CENTER**                                  **DEFENDANT**

**<u>ORDER</u>**

Pending is Plaintiff's Second Motion to File Under Seal (Doc. No. 37).  The Motion is

GRANTED, and the Clerk's office is directed to file Plaintiff's Exhibits X-1 through X-53 to her

Supplemental Response to Defendant's Statement of Undisputed Facts under seal.

IT IS SO ORDERED this 5th day of May, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE