# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRISTINE SCOTT**                                                                                      **PLAINTIFF**

**v.**                                         **4:09CV00893-BRW**

**SALINE COUNTY MEDICAL CENTER**                                                **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to File Under Seal (Doc. No. 35). The Motion is GRANTED, and the Clerk's office is directed to file Plaintiff's Exhibit R-1 through R-52 to her Brief in Opposition to the Motion for Summary Judgment under seal.

IT IS SO ORDERED this 5th day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE