**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHRISTINE SCOTT**                                                                                            **PLAINTIFF**

**v.**                                              **4:09CV00893-BRW**

**SALINE COUNTY MEDICAL CENTER**                                                          **DEFENDANT**

## ORDER

Defendant's Motion to File Under Seal (Doc. No. 39) is GRANTED. The Clerk's office is directed to file the following exhibits to Defendant's Reply[1] under seal:

Exhibit B - Daily Census Sheets
Exhibit C - Medical Record of G.T.
Exhibit D - Medication Error Spreadsheet
Exhibit E - Disciplinary Action forms related to patient complaints.

IT IS SO ORDERED this 6th day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 38.