#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

**CHRISTINE SCOTT**                                                                                     **PLAINTIFF**

**v.**                                                   **4:09CV00893-BRW**

**SALINE COUNTY MEDICAL CENTER**                                                **DEFENDANT**

### JUDGMENT

Based on an Order entered today, summary judgment is entered in favor of Defendant.

IT IS SO ORDERED this 26th day of May, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE